JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN HAMMOND. <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INDEMNITY COMPANY and Does 1-50, <br><br> Defendants. | Case No.  SACV 10-0053 JVS (RNBx) <br><br> **JUDGMENT** |

The Court, having granted Allstate Indemnity Company's motion for summary judgment by its Order entered on October 1, 2010, hereby enters judgment in favor of defendant Allstate Indemnity Company and against plaintiff Kathryn Hammond.

It is further ordered and adjudged that plaintiff Kathryn Hammond shall pay defendant Allstate Indemnity Company its reasonable costs of suit as determined by the Clerk of Court according to proof.

Dated: _October 13, 2010

_____
James V. Selna
United States District Court Judge

101322168.1

1